# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>MARY D. MEGALLI,<br><br>    Defendant. | ) Case No. 1:19-mj-00207-001<br>)<br>)<br>) **DEFENDANT'S STATUS REPORT ON**<br>) **PROBATION**<br>)<br>)<br>)<br>) |

PURSUANT to an order of this Court the Defendant hereby submits her status report on supervised release:

|  |  |
|---|---|
| **Convicted of:** | Operating a motor vehicle while under the influence in violation of 36 C.F.R. Section 4.23(a)(1) |
| **Sentence Date:** | November 21, 2019 |
| **Review Hearing Date:** | September 17, 2020 |
| **Probation Expires On:** | November 20, 2020 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws; and**

☒ **Pay Monetary Fines & Penalties in Total Amount of: $1,200.00 ($1,200.00 fine and $10.00 special assessment)**

☒ **Other Conditions:**

The Defendant's probation shall be unsupervised by the probation office.

The Defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 1 day, with credit served for 1 day in custody, with credit for 1 day served.

The defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles.

The defendant is ordered to personally appear for a Probation Review Hearing on September 17, 2020, at 10:00 a.m. before U.S. Magistrate Judge Boone. A status report regarding the Defendant's performance shall be filed 14 days prior to the Probation Review.

Pursuant to 18 USC Section 3572(d)(3), while on probation and subject to any financial obligation of probation, Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ Defendant has paid in full all fees and fines ordered by the Court. ($1,200.00 fine and $10.00 special assessment.)

.

☐ If not paid in full when was last time payment:   Date:
Amount:

☒ Compliance with Other Conditions of Probation:

Ms. Megalli is not a resident of California. Due to the shelter in place orders issued in response to COVID-19, In-Person DUI Programs had been suspended for a period of time. Furthermore, Ms. Megalli was unable to travel to California to attend an in-person program because of shelter in place. Ms. Megalli however, proactively enrolled in an on-line program and has completed a 12 hour "DUI or DWI Drinking and Driving Course" through National Education Online School.

Counsel for Defendant has met and conferred on this issue with Assistant U.S. Attorney, William Taylor who suggested contacting the court for guidance.

On July 16, 2020 counsel for Defendant emailed Court Clerk, Mamie Hernandez requesting guidance from the court concerning completion of an on-line DUI Program relative to the court's probation terms given the unusual circumstances. Madam Clerk Hernandez responded that she would share the email with Judge Boone. Defendant requests that the court deem Ms. Megalli in compliance with the terms of her probation.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: September 3, 2020                             /s/ William Taylor
                                                     William Taylor
                                                     Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/17/2020 at 10:00 a.m.

  ☐ be continued to _____ at 10:00 a.m.

  ☒ be vacated.

DATED: 9/3/2020                                      /s/ Derek P. Wisehart

                                                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. The Court responded to Counsel's email and advised that the Court does not communicate through emails because of the lack of record and that counsel was free to file a motion or other request in the record.
   This hearing will proceed as ordered. The parties are advised to be prepared at the hearing to inform the Court that had defendant participated in program as ordered by the Court how much time that would have entailed and contents of that program, with a comparison as to what defendant did with certificate obtained. The Court will waive the defendant's appearance for purposes of this hearing but defendant will be ordered to appear at a future hearing. Therefore, defendant must stay in close contact with counsel so as to know of the future date.

IT IS SO ORDERED.

Dated:   **September 15, 2020**                           _____
                                                                                    UNITED STATES MAGISTRATE JUDGE