Derek P. Wisehart, Esq. #178100
Law Offices of Derek P. Wisehart
2330 W. Main Street
Visalia, California 93291
Telephone: (559) 636-9473
Facsimile: (559) 636-9476

Attorneys for Defendant, MARY D. MEGALLI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARY D. MEGALLI,<br>Defendant. | Case No. 1:19-MJ-00207-001<br>**JOINT MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §3563(c) and ORDER** |

The parties by and between the parties hereto, through their respective counsel, Derek P. Wisehart, counsel for Defendant, MARY D. MEGALLI, and William Taylor, Special Assistant United States Attorney, counsel for Plaintiff, UNITED STATES OF AMERICA, hereby move pursuant to 18 U.S.C. §3563(c) to modify a condition of the Defendant's probation. Presently the Defendant's probation is set to expire on November 20, 2020.

The Defendant was sentenced by this court on November 21, 2019, to Probation for a term of 12 months, to expire on November 20, 2020, with the following conditions of probation imposed: 1. Defendant's probation shall be unsupervised by the probation office; 2. Defendant is ordered to obey all federal, state, and local laws; 3. Defendant shall notify the court and, if represented by counsel, your counsel, of any change of address and contact number; 4. Defendant shall pay a fine of $1,200.00 and a special assessment of $10.00 for a

total financial obligation of $1,210.00, which shall be due immediately/paid in full by January 15, 2020; 5. Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 1 day, with credit served for 1 day in custody, with credit for 1 day served; 6. Defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles; 7. Defendant is ordered to personally appear for a Probation Review Hearing on September 17, 2020, at 10:00 a.m., before U.S. Magistrate Judge Boone. A Status Report regarding Defendant's performance on probation shall be filed 14 days prior to the Probation Review; and, 8. Pursuant to 18 U.S.C. 3572 (d)(3), while on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

On September 15, 2020, upon review of the Defendant's Status Report the Court denied Defendant's Request to accept Defendant's completion of an on-line 12 hour "DUI or DWI Drinking and Driving Course through the National Education Online School. On September 17, 2020, at Defendant's Probation Review Hearing the Court ordered the parties to submit a Stipulation re Modification within three weeks. The condition of probation regarding the California First Time DUI Offender 3 Month Course was addressed with the Court. Another Probation Review Hearing was set for November 19, 2020, at 10:00 a.m. in Courtroom 9.

Defendant, who is 81 years old and at high risk of contracting COVID-19, is not a resident of California. Due to the shelter in place orders issued in response to COVID-19, In-Person DUI Programs had been suspended for a period of time. Defendant was unable to travel to California to attend an in-person California First Offender program because of shelter in place orders. Defendant proactively enrolled in an on-line program and completed a 12

hour "DUI or DWI Drinking and Driving Course" through National Education Online School. (See, Exhibit A attached hereto). The California First Time DUI Offender 3-month programs generally consist of approximately 32 hours of DUI course instruction.

Defendant has now enrolled in The Florida Safety Council DUI Virtual Level 2-DUI Course. Although virtual through the GoToMeeting platform, this course (usually reserved for second time offenders in Florida) consists of 24 hours of participatory attendance which consists of 3 classes on 3 consecutive days from 9:00 a.m. to 5:00 p.m. each day. (See, Exhibit B attached hereto). Coupled together, upon completion, Defendant will have completed an equivalent of 36 hours of DUI education.

Therefore, the parties stipulate that the Defendant's condition of probation be modified as follows:

1. Defendant's term of probation shall be extended for 6 months, to expire on May 20, 2021;

2. In lieu of completion of a First Time DUI Offender Program through the California Department of Motor Vehicles Defendant's completion of The Florida Safety Council DUI Virtual Level 2-DUI Course (24 hours), in addition to the 12-hour online course already completed is tantamount to, and the substantial equivalent of the originally ordered California First Time Offender 3-Month program.

3. All other terms of probation remain in full force and effect.

///

///

///

WHEREFOR, the parties request that the Defendant's condition of probation be modified pursuant to 18 U.S.C. §3563 (c).

DATED: October 7, 2020

LAW OFFICES OF DEREK P. WISEHART

_/s/ Derek P. Wisehart_______________________
Derek P. Wisehart, Esq., Attorney for Defendant, MARY D. MEGALLI

DATED: October 7, 2020

_/s/ William Taylor_________________________
William Taylor, Esq., Special Assistant United States Attorney, Counsel for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

Pursuant to the stipulation of the parties to modify the Defendant's condition of probation, the Court hereby modifies under 18 U.S.C. §3563 (c) the Defendant's condition of probation as follow:

1. Defendant's term of probation shall be extended for 6 months, to expire on May 20, 2021;

2. In lieu of completion of the originally ordered First Time DUI Offender Program through the California Department of Motor Vehicles, Defendant shall complete The Florida Safety Council DUI Virtual Level 2-DUI Course (24 hours), in addition to the 12-hour online course already completed. The defendant is ordered to provide the Court and United States Attorney's office with proof of the completed course reflecting the 36 hours.

3. Defendant is ordered to appear on Thursday, April 15, 2021 at 10:00 am for probation review hearing and to file a probation status report 14 days prior to that hearing.

4. All other terms of probation remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 8, 2020**

UNITED STATES MAGISTRATE JUDGE