UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARY D. MEGALLI,<br><br>                Defendant. | Case No. 1:19-mj-00207-SAB-1<br><br>ORDER RE SECOND AMENDED JOINT MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §3563(c)<br><br>(ECF No. 13) |

      At the stipulation of the parties, an order issued amending Defendant Mary D. Megalli's terms of probation on October 8, 2020. (ECF No. 13.) On October 12, 2020, the parties filed a stipulation to modify the conditions of probation. (ECF No. 14.) On October 20, 2020, a second amended stipulation was filed to modify Defendant's conditions of probation. The current stipulation provides that dates that the Defendant will be attending a DUI course.

      While it does not appear necessary to amend the conditions of probation as the defendant was not previously ordered to attend class on a specific date, the Court amend the conditions of probation as the parties have stipulated that the dates of the class be included as a term of Defendant's probation.

      Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant's term of probation is modified to include the following additional condition.

**Defendant shall attend The Florida Safety Council DUI Virtual Level 2-DUI Course on November 4, 5, and 6, 2020.**

All other terms of probation remain in full force and effect.

IT IS SO ORDERED.

Dated: __October 21, 2020__

UNITED STATES MAGISTRATE JUDGE