# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>MARY D. MEGALLI,<br><br>              Defendant. | Case No. 1:19-mj-00207-001<br><br>**DEFENDANT'S STATUS REPORT ON PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on supervised release:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while under the influence in violation of 36 C.F.R. Section 4.23(a)(1) |
| **Sentence Date:** | November 21, 2019 |
| **Review Hearing Date:** | April 15, 2021 |
| **Probation Expires On:** | May 20, 2021 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws; and**

☒ **Pay Monetary Fines & Penalties in Total Amount of: $1,200.00 ($1,200.00 fine and $10.00 special assessment)**

☒ **Other Conditions:**

The Defendant's probation shall be unsupervised by the probation office.

The Defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 1 day.

On October 21, 2020, pursuant to stipulation of the parties the court ordered Defendant's term of probation to be modified from "Defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles" to "Defendant shall attend the Florida Safety Council DUI Virtual Level 2-DUI Course on November 4, 5, and 6, 2020".

The defendant was ordered to personally appear for a Probation Review Hearing on September 17, 2020, at 10:00 a.m., before U.S. Magistrate Judge Boone and a status report regarding the Defendant's performance was to be filed 14 days prior to the hearing to which defendant complied. On October 8, 2020, pursuant to stipulation of the parties and Joint Motion to Modify Condition of Probation the court ordered the Probation Review Hearing continued to April 15, 2021, at 10:00 a.m., in Courtroom 9 before Magistrate Judge Stanley A. Boone

Pursuant to 18 USC Section 3572(d)(3), while on probation and subject to any financial obligation of probation, Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ Defendant has paid in full all fees and fines ordered by the Court. ($1,200.00 fine and $10.00 special assessment.)
.
☐ If not paid in full when was last time payment:   Date:
    Amount:

☒ Compliance with Other Conditions of Probation:

Defendant attended the Florida Safety Council DUI Virtual Level II-DUI Course on November 4, 5, and 6, 2020. Her exit evaluation from the program was completed on December 15, 2020 and Defendant was issued a Certificate of Successful Completion attached as Exhibit A.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: March ____, 2021                 /s/ __William Taylor_____ _____
                                        William Taylor
                                        Assistant United States Attorney

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/15/2021 at 10:00 a.m.

   ☐ be continued to _____ at 10:00 a.m.

   ☒ be vacated.


DATED: March ____, 2021                 */s/* Derek P. Wisehart_____

                                        DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  Probation review hearing is hereby vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **March 30, 2021**

UNITED STATES MAGISTRATE JUDGE